IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond Orrand, et al.,

    Plaintiffs,

  v.                            Case No. 2:13-cv-489
                                Judge Marbley

Donley's, Inc.,

    Defendant.

---

Raymond Orrand, et al.,

    Plaintiffs,

  v.                            Case No. 2:13-cv-556
                                Judge Frost

Cleveland Concrete
Construction, Inc.,

    Defendant.

---

Raymond Orrand, et al.,

    Plaintiffs,

  v.                            Case No. 2:13-cv-556
                                Judge Graham

B&B Wrecking & Excavating,
Inc.,

    Defendant.

Raymond Orrand, et al.,

    Plaintiffs,

  v.                              Case No. 13-cv-900
                                    Judge Sargus

Precision Environmental Company,

    Defendant.

<u>ORDER</u>

The proceedings in the above cases are hereby stayed pending a decision from the National Labor Relations Board in the contract dispute between the parties. A ruling on the motions to consolidate will be deferred until the stay is lifted.

Date: 12-13-2013

_____
Edmund A. Sargus, Jr.
United States District Judge


_____
Algenon L. Marbley
United States District Judge


_____
Gregory L. Frost
United States District Judge


_____
James L. Graham
United States District Judge